IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEAN AIR COUNCIL, | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| U.S. DEPARTMENT OF THE INTERIOR | : | |
| *et al.*, | : | No. 22-2741 |
| *Defendants* | : | |

## <u>O R D E R</u>

**AND NOW**, this _15th_ day of August, 2022, upon consideration of the parties' August 11, 2022 letter and the Stipulation to Hold This Matter in Abeyance attached thereto, it is **ORDERED** that:

1. This matter shall be **HELD IN ABEYANCE** through and including November 29, 2022;

2. Defendant National Park Service shall produce non-exempt records responsive to Plaintiff's FOIA request on an ongoing basis, with a substantive production by September 26, 2022;

3. Defendant National Park Service shall complete its response to the FOIA request by October 24, 2022; and

4.  In the event this case is not resolved or dismissed by November 29, 2022, the parties shall

file a joint status update and a Joint Report of Rule 26(f) Meeting and Proposed Discovery

Plan on or before November 29, 2022.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1]      Judge Pratter's template and expectations for the Joint Report can be found on the Court's website at https://www.paed.uscourts.gov/documents/procedures/prapol5.pdf.