IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEAN AIR COUNCIL,<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF THE<br>INTERIOR et al.,<br>*Defendants* | : | NO. 22-2741 |

## ORDER

AND NOW, this 29th day of November, 2022, upon consideration of the November 29, 2022 joint status update and Joint Report of Rule 26(f) Meeting and proposed Discovery Plan sent via fax, it is **ORDERED** that

1. Plaintiff shall file its Amended Complaint on or before **December 23, 2022**.

2. The National Park Service shall answer or respond to the Amended Complaint on or before **January 6, 2023**.

3. Third parties may file Motions to Intervene on or before **January 6, 2023**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1