IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLEAN AIR COUNCIL,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. DEPARTMENT OF THE INTERIOR et al.,** | : | |
| | : | |
| *Defendants* | : | **NO. 22-2741** |

## O R D E R

**AND NOW**, this 4th day of January, 2023, upon consideration of Constellation Energy's January 3, 2023 letter to the Court sent via fax, it is **ORDERED** that the request for a brief extension of the deadline for third parties to intervene is **GRANTED.** Third parties may file their Motions to Intervene on or before **January 20, 2023**.

                                                  **BY THE COURT:**

                                                  s/ Gene E.K. Pratter
                                                  **GENE E.K. PRATTER**
                                                  UNITED STATES DISTRICT JUDGE