IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLEAN AIR COUNCIL,**<br>　　　　Plaintiff, | **CIVIL ACTION** |
| v. | |
| **U.S. DEPARTMENT OF THE INTERIOR**<br>**and NATIONAL PARK SERVICE,**<br>　　　　Defendants. | **NO. 22-2741** |

## O R D E R

**AND NOW**, this 18th day of December, 2024, this Court, by Memorandum and Order dated September 6, 2024, having, *inter alia*, granted Plaintiff's Motion for Summary Judgment and directed that defendant review its previous segregation determinations and produce any information to plaintiff, and the Court noting that on November 12, 2024, defendants submitted a Notice of Compliance with the Memorandum and Order dated September 6, 2024, as amended, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.